UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A 1 IMMIGRATION SERVICES INC. d/b/a A1 PASSPORT & VISA SERVICES,<br><br>                           Plaintiff,<br><br>   -v-<br><br>A1 SAME DAY PASSPORT & VISA SERICES NYC INC. and AMIN MANJI,<br><br>                           Defendants. | CIVIL ACTION NO. 24 Civ. 1651 (MMG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Monday, May 6, 2024 at 2:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:     New York, New York
           April 25, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**